ALLAN J AREFA GREGORY □ LAUFER 
285 AVENUE OF THE AMERICAS UNIT 5201, FORTUNE FINANCIAL CENTER 
YORK, NEW YORK 10019-6064 5 DONGSANHUAN ZHONGLU ROBERT AL ATKINS MIAOYU GREG LIU 
 CHAOYANG DISTRICT, BEIJING 100020, CHINA □□□ oka □□□ 
 (212) 373-3000 TELEPHONE (86-10) 5828-6300 J. STEVEN BAUGHMAN JEFFREY D. MARELL 
 LYNN B. BAYARD MARCO V. MASOTTI 
 K. GARRISON (1946-1991) CRAIG A. BENSON DAVID W. MAYO 
 E, PAUL (1946-1956) Boiies Seot--Seee Sats BRUCE SIRENBOIM SEAN □□ MCLOUGHLIN, 
H. RIFKIND (1950-1995) 36/F, GLOUCESTER TOWER Be BOEHNING □□ □□□□ 
 S. WEISS (1927-1950) □□ eee ANGELO BONVINO CLAUDINE MEREDITH-GOU 
F. WHARTON (1927-1977) 15 QUEEN’S ROAD, CENTRAL Re Seon □□ □□□□ 
 □□□ HERING WALTER BROWN**+ CATHERINE NYARADY 
 TELEPHONE (852) 2846-0300 SUSANNA M. BUERGEL JANE B. O’BRIEN 
 JESSICA S. CAREY BRAD R. OKUN 
 GEOFFREY CHEPIGA ANDREW □□□ PARLEN 
 ALDER CASTLE ELLEN N. CHING DANIELLE C. PENHALL 
 toNomLE aTameT HILAR A, GiAnEMAN paHCREr 
 DIRECT DIAL NUMBER LONDON EC2V 7JU, UNITED KINGDOM YAHONNES CLEARY AUSTIN □□□□□□□□ 
 TELEPHONE (44 20) 7367 1600 JAY COHEN VALERIE E. RADWANER 
 KELLEY A. CORNISH JEFFREY J. RECHER 
(212) 373-3215 THOMAS V DELABASTIDE I © LORIN'L, REISNER 
 FUKOKU SEIMEI! BUILDING MEREDITH DEARBORN*+ JEANNIE S. RHEE* 
 rian Pee UeHISAIWAICHO.2 COME RAREN LDUNN. RICHARD A. □□□□□ 
 CHIYODA-KU, TOKYO 100-0011, JAPAN ALICE BELISLE EATON ANDREW N. ROSENBERG 
(212) 492-0215 TELEPHONE (81-3) 3597-8101 GREGORY A. EZRING. JACQUELINE © RUBIN 
 ROSS A. FIELDSTON CHARLES F. “RICK” RULE* 
 ANDREW C. FINCH RAPHAEL M. RUSSO 
 DIRECT E-MAIL ADDRESS TORONTO-DOMINION CENTRE BRAD J. FINKELSTEIN ELIZABETH M. SACKSTEDE 
Iclayton@paulwe' 77 KING STREET WEST, SUITE 3100 BBIANLETINMESAN SETEREY B. □□□□□ 
Cc ayton paulweiss.com PO. BOX 226 PETER E. FISCH KENNETH M. SCHNEIDER 
 TELEPHONE (416) 504-0520 
 HARRIS B. FREIDUS KYLE T. SEIFRIED 
USDC SDNY manuer'seRey SONNE 
 mn 2001 K STREET, NW ANDREW L. GAINES AUDRA J. SOLOWAY 
DOCUMENT WASHINGTON, DC 20006-1087 iad Se MAN SanAn □□□□□□ 
 TELEPHONE (202) 223-7300 ADAM M. GIVERTZ TARUN M. STEWART 
ELECTRONICALLY FILED SALVATORE GOGLIORMELLA ERIC ALAN STONE 
 NEIL GOLDMAN AIDAN SYNNOTT 
 □□□ AvERUE □□□ ROBERTO S GONZALEZ" RIGHARD □□□□□□□□ 
DOCH: POST OFFICE BOX 32 CATHERINE L. GOODALL DAVID TARR 
 PILED: September 23.2021 WILMINGTON, DE 19699-0032 ee ee noes □□□□□ 
DATE FILED: S TELEPHONE (302) 655-4410 BRIAN _S. GRIEVE LAURA C. TURANO 
 UDI GROFMAN CONRAD VAN LOGGERENB! 
 NICHOLAS GROOMBRIDGE KRISHNA VEERARAGHAVAD 
 MELINDA HAAG. Liza M. VELAZQUEZ 
 September 22, 2021 ALAN S. HALPERIN MICHAEL VOGEL 
 CLAUDIA HAMMERMAN RAMY J. WAHBEH 
 BRIAN S. HERMANN JOHN WEBER 
 JOSHUA HILL LAWRENCE G. WEE 
 MICHELE HIRSHMAN THEODORE V. WELLS,JR 
 JARRETT R. HOFFMAN LINDSEY L. WIERSMA 
 ROBERT E. HOLO STEVEN J. WILLIAMS 
 DAVID S. HUNTINGTON LAWRENCE |. WITDORCHIC 
 AMRAN HUSSEIN AUSTIN WITT 
 LORETTA A. IPPOLITO MARK B. WLAZLO 
 WILLIAM A. ISAACSON* ADAM WOLLSTEIN 
 JAREN JANGHORBANI JULIA TARVER MASON □□□ 
 BRIAN M. JANSON JENNIFER H. WU 
 VIA ECF JEH C. JOHNSON BETTY YAP* 
 □□□□□□□□□□□□□□□□□□□□□□□□□□□□□□ BRAD S. KARP JORDAN E. YARETT 
 PATRICK N. KARSNITZ KAYE N. YOSHINO 
 JOHN C. KENNEDY TONG YU 
 BRIAN KIM TRACEY A. ZACCONE 
 The Honorable Andrew L. Carter Jr. RLEWA D|KORBERG T ROBERT ZOCHOWSKI, JR 
 . . . ALAN W. KORNBERG 
 United States District Judge 
 . *NOT ADMITTED TO THE NEW YORK BAR 
 Thurgood Marshall United States Courthouse ‘ADMITTED ONLY TO THE CALIFORNIA BAR 
 40 Foley Square 
 New York, NY 10007 
 Re: = DST Systems, Inc., et al. v. Ruane, Cunniff & Goldfarb Inc., et al., 20-CV-09472 
 S APPR AS. PA ee 
 He Mei a ee HMDORS it th 
 . ita te a BoE i aN 
 Dear Judge Carter: BVI? COLE 
 We represent the DST Plaintiffs in this action. Pursuant to Your Honor’s 
 Individual Practices, we write to request permission to file the U.S. Department of Labor 
 letter to Ruane, Cunniff & Goldfarb, Inc. dated August 13, 2018 (“Exhibit A”), in support 
 of our letter opposing the Ruane Defendants’ request for a pre-motion conference in 
 connection with their anticipated motion to dismiss (the “Response”), under seal and to 
 maintain under seal certain redacted portions of the Response. 
 The DST Plaintiffs request that Exhibit A be filed under seal as it was 
 confidentially produced to the DST Plaintiffs pursuant to the protective order entered in 
 Ferguson v. Ruane Cunniff & Goldfarb Inc., No. 17-CV-06685 (ALC) (BCM) 
 (S.D.N.Y.), ECF No. 119. Out of an abundance of caution, the DST Plaintiffs request 
 that the letter be filed under seal in order to protect those confidentiality interests. 

PAUL, WEIOo, RIFRINIT, WARIS @& □□□ RIOWIN LL 

 The Honorable Andrew L. Carter Jr.

 While a presumption of public access applies to judicial documents, i.e., 
 documents relevant to the performance of the judicial function and useful in the judicial 
 process, the weight of the presumption is “governed by the role of the material at issue” 
 and the resulting value of such information to the public. See Lugosch v. Pyramid Co. of 
 Onondaga, 435 F.3d 110, 119 (2d Cir. 2006); United States v. Amodeo, 44 F.3d 141, 145 
 (2d Cir. 1995). Courts also must balance against the weight of the presumption any 
 countervailing factors, such as “the privacy interests of those resisting disclosure’— 
 including “the degree to which the subject matter is traditionally considered private rather 
 than public”’—and the “nature and degree of injury” resulting from disclosure. See 
 Lugosch, 435 F.3d at 120; United States v. Amodeo, 71 F.3d 1044, 1050-51 (2d Cir. 
 1995). 

 Respectfully submitted, 
 /s/ Lewis R. Clayton 
 Lewis R. Clayton 

 ce: All Counsel of Record (by ECF Filing) 

 Hoi ANTE, CARTER aR 
 UNITED STATES DISTRICT JUDGE
 September 23, 2021